UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LONE WOLF DISTRIBUTORS, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>BRAVOWARE, INC. and SOPCOM, Inc.<br><br>    Defendant. | Case No. 2:15-cv-00016-BLW<br><br>**AMENDED CASE MANAGEMENT ORDER** |

Pursuant to a telephone conference between the Court's staff and all counsel on June 8, 2017, the following deadlines shall govern this litigation:

1. **Discovery Deadline:** All discovery shall be completed on or before October 27, 2017.

2. **Mediation Deadline:** The parties shall engage in mediation on or before October 27, 2017. The defendant's request to appear in the mediation by telephone is denied.

3. **Dispositive Motion Deadline:** All dispositive motions shall be filed on or before December 1, 2017.



DATED: June 9, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court