UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LONE WOLF DISTRIBUTORS, INC.<br><br>    Plaintiff,<br><br>    v.<br><br>BRAVOWARE, INC. and SOPCOM, INC.<br><br>    Defendants. | Case No. 2:15-cv-016-BLW<br><br>**JUDGMENT** |

    This action, having been tried by a jury with Judge B. Lynn Winmill presiding, and the Jury having reached a unanimous verdict as evidenced by the Special Verdict Form (docket no. 118),

    NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the plaintiff recover from the defendants, jointly and severally, the amount of $37,500.00, with interest at the applicable legal rate.

DATED: January 7, 2019

_____
B. Lynn Winmill
Chief U.S. District Court Judge

**Judgment – page 1**