KEVIN W. ROBERTS, ISB #6305
ROBERTS | FREEBOURN, PLLC
1325 W. 1st Ave. Suite 303
Spokane, WA 99201
Telephone:  (509) 381-5262
Facsimile:  (509) 473-9026
Email:  kevin@robertsfreebourn.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LONE WOLF DISTRIBUTORS, INC., an Idaho corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRAVOWARE, INC. DBA BRAVOTAC, a California corporation, and SOPCOM, INC. DBA BRAVOTAC, a California corporation, and GINO SHEMESH, an individual,<br><br>Defendants. | Case No.  2:15-cv-00016<br><br>**PLAINTIFF'S MOTION FOR AMENDED JUDGMENTS AND AWARD OF ATTORNEY'S FEES AND COSTS**<br><br>**WITHOUT ORAL ARGUMENT** |

Plaintiff Lone Wolf Distributors, Inc., ("Lone Wolf") by and through its counsel of record, moves the Court pursuant to Federal Rule of Civil Procedure 54(d)(2), 59(e), Idaho Local District Civil Rule 54.2, and 15 U.S.C. § 1117:

(1) To amend the Judgments to include Gino Shemesh individually as a judgment debtor; and

1

(2) For an award of attorney fees and costs in the amount of $52,899 reduced to a Judgment against the Defendants and including Gino Shemesh individually;

(3) and for any other and further relief as the Court deems just and proper.

In support, Plaintiff Lone Wolf contemporaneously submits Plaintiff's Memorandum in Support, the Affidavit of Kevin W. Roberts, Declaration of Kevin W. Roberts, and the facts and law cited herein.

DATED this 18th day of January 2019.

        ROBERTS | FREEBOURN, PLLC

        s/ KEVIN W. ROBERTS
        KEVIN W. ROBERTS, ISB #6305
        Co-Attorney for Plaintiff
        ROBERTS | FREEBOURN, PLLC
        1325 W. 1st Ave. Suite 303
        Spokane, WA 99201
        Telephone: (509) 381-5262
        Facsimile: (509) 473-9026
        Email: kevin@robertsfreebourn.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of January 2019, a true and correct copy of the foregoing was delivered to the following persons in the manner indicated:

| | | |
|---|---|---|
| Paul W. Reidl | VIA FIRST CLASS MAIL | [ ] |
| Law Office of Paul W. Reidl | VIA CERTIFIED MAIL | [ ] |
| 241 Eagle Trace Dr., 2nd Floor | VIA EMAIL | [ ] |
| Half Moon Bay, CA 94019 | VIA COURIER | [ ] |
| paul@reidllaw.com | CM/ECF SYSTEM | [X] |
| | | |
| Kennedy K. Luvai | VIA FIRST CLASS MAIL | [ ] |
| Parsons Behle & Latimer | VIA CERTIFIED MAIL | [ ] |
| 960 S. Broadway Ave., Ste. 250 | VIA EMAIL | [ ] |
| Boise, ID 83706 | VIA COURIER | [ ] |
| kluvai@parsonsbehle.com | CM/ECF SYSTEM | [X] |
| | | |
| Michael E. Ramsden | VIA FIRST CLASS MAIL | [ ] |
| P.O. Box 1336 | VIA CERTIFIED MAIL | [ ] |
| Coeur d'Alene, ID 83816 | VIA EMAIL | [ ] |
| mramsden@rmehlaw.com | VIA COURIER | [ ] |
| | CM/ECF SYSTEM | [X] |
| | | |
| Nathan Spear Ohler | VIA FIRST CLASS MAIL | [ ] |
| 700 Northwest Blvd. | VIA CERTIFIED MAIL | [ ] |
| Coeur d'Alene, ID 83814 | VIA EMAIL | [ ] |
| nohler@rmehlaw.com | VIA COURIER | [ ] |
| | CM/ECF SYSTEM | [X] |
| | | |
| David Groesbeck | VIA FIRST CLASS MAIL | [ ] |
| 313 W. Riverside Ave. | VIA CERTIFIED MAIL | [ ] |
| Spokane, WA 99201 | VIA EMAIL | [ ] |
| david@groesbecklaw.com | VIA COURIER | [ ] |
| | CM/ECF SYSTEM | [X] |

*s/ KEVIN W. ROBERTS*